UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERONIA QUARLES,

    Plaintiff,

  v.

JULIETTE KALVONOUGH,

    Defendants.

Case No. C08-5280 BHS/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION

The Court, having reviewed Plaintiff's motion for extension of time (Dkt. # 7), and the balance of the record, does hereby ORDER:

(1) Plaintiff's motion for an extension of time to file his application for leave to proceed *in forma pauperis* is **GRANTED**. Plaintiff shall file his completed application on or before **July 25, 2008**, or this case shall be dismissed;

(2) The Clerk shall send Plaintiff an *in forma pauperis* application form and a copy of this order.

DATED this 1st day of July, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1