UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERONIA QUARLES,

         Plaintiff,

v.

DR. JULIETTE KALVONOUGH,

         Defendant.

Case No. C08-5280 BHS/KLS

SECOND ORDER TO SHOW CAUSE

Before the Court is Plaintiff's amended application to proceed *in forma pauperis* (Dkt. # 9) in response to the Court's order to show cause. (Dkt. # 5). In his first application to proceed *in forma pauperis*, Plaintiff indicated that, within the past twelve months, he has received disability or workers compensation payments and that he has received gifts or inheritance. (Dkt. # 3, p. 3). However, Plaintiff failed to state the source of the money, the amount of money received, and the money he expects to continue to receive, as requested on the application form. *Id*., p. 3, Question 3. Plaintiff was directed to answer these questions. In addition, Plaintiff was directed to provide the Court with a statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his complaint. (Dkt. # 5).

In his second application, Plaintiff indicates that he receives social security payments of $5.58 per month. (Dkt. # 9, p. 1). However, Plaintiff has submitted several Pierce County Corrections Receipt Forms reflecting that Larry Dickson deposited checks into Plaintiff's prison account exceeding $700.00

ORDER
Page - 1

during January, February, April and May of 2008. (Dkt. # 3). Plaintiff identified Mr. Dickson as his "payee" of his "SSI." *Id.*, p. 1.

In addition, Plaintiff has failed to provide the Court with a statement showing the balance and activity for the entire period immediately preceding the filing of his complaint. The document submitted by Plaintiff reflects only the period of time from his initial booking, January 1, 2008 until March 5, 2008. (Dkt. # 8, p. 5). Plaintiff's complaint was filed on April 30, 2008. (Dkt. # 1).

Accordingly, **IT IS ORDERED:**

(1) Plaintiff shall file an amended application **no later than August 15, 2008**, to clarify to the Court the amount of money he receives, the source of the money, and the money he expects to continue to receive, as requested on the application form. (Dkt. # 3, p. 3, Question 3). Plaintiff shall also provide a statement showing the balance and activity of his account for the months of March and April, 2008; and

(2) The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this  25th  day of July, 2008.

Karen L. Strombom
United States Magistrate Judge