UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERONIA QUARLES,

    Plaintiff,

v.

DR. JULIETTE KALVONOUGH, et al.,

    Defendants.

Case No. C08-5280BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 16). The Court having considered the Report and Recommendation, does hereby find and order:

(1) The Court attempted service of the Report and Recommendation on Plaintiff, but the mail was returned as undeliverable on October 6, 2008 (Dkt. 17). Plaintiff has not filed objections to the Report and Recommendation;

(2) The Court adopts the Report and Recommendation; and

(3) This action will be dismissed without prejudice if Plaintiff fails to pay the required $350.00 filing fee on or before November 24, 2008.

DATED this 24th day of October, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER