# United States District Court

WESTERN DISTRICT OF WASHINGTON

JERONIA QUARLES

        v.

DR. JULIETTE KALVONOUGH, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5280BHS

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   That this action is **DISMISSED** because Plaintiff's failure to pay the filing fee and Plaintiff's failure to properly update his address.

   December 11, 2008                                                        BRUCE RIFKIN
Date                                                                                      Clerk

                                                                                             *s/CM Gonzalez*
                                                                                            Deputy Clerk